# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNELLE AVIS HARRIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:17-cv-02204-SHK<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 9/18/18

THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff Lynnelle Avis Harris